DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Ward v. New Hanover Cty.<br><br>Case below:<br>175 N.C. App. 671 | No. 127P06 | Plts' PDR Under N.C.G.S. § 7A-31 (COA05-423) | Denied 8/17/06 |
|---|---|---|---|

## PETITION TO REHEAR

| Coley v. State<br><br>Case below:<br>360 N.C. 493 | No. 607A05 | Plaintiffs' Petition for Rehearing | Denied 8/17/06 |
|---|---|---|---|